Brenda L. STEVENS,
Petitioner/Appellant,

v.

Wade J. STEVENS,
Respondent/Respondent.

No. 66605.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1995.

Edgar E. Lim, St. Louis, for appellant.

Wesley C. Dalton, Warrenton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

## ORDER

PER CURIAM.

Wife appeals from the trial court's order dividing the marital property in the dissolution decree. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Dale D. PIERCE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 67532.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

## ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).